FILED

OCT 30 2024

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 5:24 CR 00404 |
| v. ) | |
| ) | Title 21, United States Code, |
| CURTIS LEWIS, ) | Sections 841(a)(1) and (b)(1)(C) |
| ) | |
| Defendant. ) | JUDGE CALABRESE |
| ) | |

COUNT 1
(Possession with Intent to Distribute Cocaine,
21 U.S.C. §§ 841(a)(1) and (b)(1)(C))

The Grand Jury charges:

1. On or about August 1, 2024, in the Northern District of Ohio, Eastern Division, Defendant CURTIS LEWIS did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

FORFEITURE

The Grand Jury further charges:

2. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853 the allegation of Count 1 is incorporated herein by reference. As a result of the foregoing offense, Defendant CURTIS LEWIS, shall forfeit to the United States any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result

of such violation, and any property used or intended to be used in any manner or part to commit or to facilitate the commission of the such violation.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.